**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Jeremy Jose Medina,**

**Plaintiff,**

**-against-**

**Markwayne Mullin, et al.,**

**Defendant.**

**1:26-cv-09790 (JHR) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, as well as reports and recommendations on dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order of Reference, ECF No. 6.)

Plaintiff must procure the issuance of summonses to be served upon each Defendant from the Clerk of Court. Pursuant to the Federal Rules of Civil Procedure, in order to serve the Defendants named in this action, as required, the summonses must be served, along with the complaint, as follows: (1) upon the United States Attorney for the Southern District of New York (or by registered or certified mail to the civil-process clerk at the United States attorney's office); (2) by registered or certified mail to the Attorney General of the United States in Washington, D.C.; and (3) by registered or certified mail to each of the Defendants. The foregoing service must be completed within 90 days after the complaint is filed (*i.e.*, no later than Monday, February 8, 2027), or the case may be dismissed without prejudice. *See* Fed. R. Civ. P. 4(m). In addition, Plaintiff must file proof of the foregoing methods of service to the ECF docket.

Plaintiff is advised that the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center ("CBJC") provides free, limited-scope legal services to self-represented parties in civil cases, including assistance regarding service of process issues. The CBJC is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). Litigants in need of legal assistance should complete CBJC's intake form, available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/, to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).

**SO ORDERED.**

Dated: New York, New York
November 18, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including mediation)

## HOW TO ACCESS OUR SERVICES

For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.